# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

| | |
|---|---|
| QUANDRE D. DAVIS and : <br> GRADY R. WILLIAMS, JR., : <br> : <br> Plaintiffs, : <br> : CIVIL ACTION <br> v. : NO. 5:13-CV-227 (CAR) <br> : <br> Commissioner BRIAN OWENS, *et al.*, : <br> : <br> Defendants. : <br> : | |

## ORDER ON RECOMMENDATION

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 7] to dismiss Plaintiff Grady R. Williams Jr. and all of his claims without prejudice. No objection was filed, and having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation of the United States Magistrate Judge [Doc. 7] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff Grady R. Williams, Jr. and all of his claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this 20th day of August, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP